832

**Bruce W. BERRY v. RECONSTRUCTION FINANCE CORPORATION et al.**

No. 3635.

Circuit Court of Appeals, Tenth Circuit.

April 27, 1948.

Mosteller & McElroy, of Oklahoma City, Okl., for appellant.

Embry, Johnson, Crowe, Tolbert & Shelton, Keaton, Wells, Johnston & Lytle, Bohanon & Adams and Bennett & Bennett, all of Oklahoma City, Okl., and Don Emery, Rayburn L. Foster, R. B. F. Hummer and D. E. Hodges, all of Bartlesville, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed April 27, 1948, for failure diligently to prosecute the same.

**Dorothy C. BURCH v. D. A. WINTERS et al.**

No. 3641.

Circuit Court of Appeals, Tenth Circuit.

May 18, 1948.

Austin M. Cowan and Arnold C. Todd, both of Wichita, Kan., for appellant.

Harold A. Zelinkoff and H. W. Goodwin, both of Wichita, Kan., for appellees.

Before BRATTON, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed May 18, 1948, on motion of appellees on grounds that order appealed from was not a final appealable order.

**Jimmie Ira BROWN, Appellant, v. UNITED STATES OF AMERICA.**

No. 13757.

Circuit Court of Appeals, Eighth Circuit.

May 25, 1948.

See also 68 S.Ct. 376.

Jimmie Ira Brown, pro se.

PER CURIAM.

Motion of Appellant for leave to proceed on appeal in forma pauperis denied and appeal from District Court dismissed.

**CITY AND COUNTY OF DENVER and Harvey D. Willson, Manager of Revenue, v. Royal J. LEACH, Trustee in Bankruptcy for Gilmore Medical Company.**

No. 3651.

Circuit Court of Appeals, Tenth Circuit.

May 18, 1948.

J. Glenn Donaldson, City Attorney, and Charles H. Haines, Asst. City Attorney, both of Denver, Colo., for appellants.

William H. Scofield, of Denver, Colo., for appellee.

Before BRATTON, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed May 18, 1948, on motion of appellants.